UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jose Hernandez,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>Vermont Holdings LLC et al.,<br><br>　　　　　　Defendants. | 1:25-cv-02027 (VSB) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

　　Following an Initial Pretrial Conference, for which only Plaintiff and Defendant Vermont Holdings LLC appeared, it is hereby Ordered that, if Defendant Fresh & Healthy 187 Inc. has not appeared by July 23, 2025,[1] Plaintiff shall, no later than July 28, 2025, seek a Certificate of Default from the Clerk of Court. Counsel for Defendant Vermont Holdings LLC is directed to forward a copy of this Order to Defendant Fresh & Healthy 187 Inc.

SO ORDERED.

Dated:　　　New York, New York
　　　　　　July 9, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_Stewart D. Aaron_
　　　　　　　　　　　　　　　　　　　　　　　　　　　STEWART D. AARON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Defendant Fresh & Healthy 187 Inc. was served with the Complaint on April 28, 2025. (*See* Summons Returned Executed, ECF No. 12.)