UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

JOSE HERNANDEZ,

Plaintiff,

-against-

VERMONT HOLDINGS LLC, *et al*,

Defendants.

--------------------------------------------------------- X

25-CV-2027 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

Mediation conferences were held before SDNY Mediation on April 27, 2026 and June 17, 2026. Mediation statuses due to this Court by May 27, 2026 and July 17, 2026. Yet, the Court has not received any mediation statuses.

The parties are ordered to provide a mediation status by August 14, 2026.

SO ORDERED.

Dated: August 3, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge